UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUDY DILEO,

      Plaintiff,

v.                                Case No:  2:13-cv-338-FtM-38DNF

BENSONS INC.,

      Defendant.

_____/

## ORDER

This matter comes before the Court on Joint Stipulation of Dismissal With Prejudice (Doc. #15) filed on July 18, 2013.  This matter was previously administratively closed (Doc. #14) and dismissed without prejudice subject to the right of any party, on or before July 19, 2013, to submit a stipulated form of final judgment.  The Parties have timely filed the instant Stipulation, which is signed by both Parties.

Accordingly, it is now **ORDERED:**

(1) Pursuant to the Joint Stipulation of Dismissal With Prejudice (Doc. #15) this matter is **DISMISSED with prejudice**, with each party to bear its own costs and attorneys' fees.

(2) The Clerk is directed to enter judgment accordingly and **CLOSE the file**.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of July, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record